# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00058-CV

**Nicole Taylor, Appellant**

**v.**

**Donald Zielinski, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 179-746-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Nicole Taylor and Donald Zielinski have agreed to mediate their appeal. Taylor has filed an unopposed motion to extend the time to file her brief. To save costs and facilitate mediation, we abate the appeal.

Absent further order of this Court, this appeal will be automatically reinstated on June 10, 2003. Appellant=s brief will be due on June 10, 2003, with other deadlines following from the filing of her brief. *See* Tex. R. App. P. 38.6.

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   April 24, 2003